UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 14117
   DEBRA J PATRICK
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-4101
```

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 08/07/07 .

   2. The case was dismissed without confirmation, 03/21/2008.

   3. The Debtor paid a total of $   1940.00 .

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERIQUEST FUNDING | CURRENT MORTG | .00 | .00 | .00 |
| AMERIQUEST FUNDING | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

   Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, ROBERT V SCHALLER           , was allowed $   2121.00 and was paid $   2121.00   direct and $      .00   through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $   1940.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 09/10/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
      CASE NO. 07 B 14117 DEBRA J PATRICK
```